Fill in this information to identify the case:

Debtor 1    Kathryn L. Southworth

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number   15-21210-dob

FILED
2017 NOV 13 A 10: 05
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-BAY CITY

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, et al.

Court claim no. (if known): 10

Last 4 digits of any number you use to identify the debtor's account: 4 6 5 8

Date of payment change:
Must be at least 21 days after date of this notice    12/01/2017

New total payment:   $ 664.79
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 141.36    New escrow payment: $ 98.51

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

15-21210-dob   Doc 39   Filed 11/06/17   Entered 11/06/17 15:32:51   Page 1 of 7
15-21210-dob   Doc 41   Filed 11/13/17   Entered 11/13/17 11:30:27   Page 1 of 7

| Debtor 1 | Kathryn | L. | Southworth | Case number (if known) 15-21210-dob |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Megan M. Lynch          Date 11/06/2017
Signature

Print:  Megan          M.          Lynch          Title  Bankruptcy Asset Manager
        First Name    Middle Name  Last Name

Company  SN Servicing Corporation

Address  323 5th Street
         Number    Street

         Eureka                    CA        95501
         City                      State     ZIP Code

Contact phone  800-603-0836        Email  bknotices@snsc.com

Official Form 410S1                Notice of Mortgage Payment Change                page 2
15-21210-dob    Doc 39    Filed 11/06/17    Entered 11/06/17 15:32:51    Page 2 of 7
15-21210-dob    Doc 41    Filed 11/13/17    Entered 11/13/17 11:30:27    Page 2 of 7

SN Servicing Corporation
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836

Analysis Date: September 28, 2017

KATHRYN L SOUTHWORTH
4521 WALL ST
SAGINAW MI 48638

Property Address:
4521 WALL STREET
SAGINAW, MI 48638

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from June 2017 to Nov 2017. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Dec 01, 2017: |
|---|---|---|
| Principal & Interest Pmt: | 566.28 | 566.28 |
| Escrow Payment: | 141.36 | 98.51 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $707.64 | $664.79 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Oct 01, 2017 |
| Escrow Balance: | 717.76 |
| Anticipated Pmts to Escrow: | 282.72 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,000.48 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 490.28 | 607.90 |
| Jun 2017 | 141.36 | 129.87 | 43.29 | | * | Forced Place Ins | 588.35 | 737.77 |
| Jun 2017 | | 3,107.42 | | | * | | 588.35 | 3,845.19 |
| Jun 2017 | | | | 43.03 | * | Escrow Disbursement | 588.35 | 3,802.16 |
| Jun 2017 | | | | 3,107.42 | * | | 588.35 | 694.74 |
| Jun 2017 | | | | 553.38 | * | Escrow Only Payment | 588.35 | 141.36 |
| Jul 2017 | 141.36 | 141.36 | 43.29 | | * | Forced Place Ins | 686.42 | 282.72 |
| Jul 2017 | | | | 43.03 | * | Escrow Disbursement | 686.42 | 239.69 |
| Aug 2017 | 141.36 | 141.36 | 43.29 | | * | Forced Place Ins | 784.49 | 381.05 |
| Aug 2017 | | 841.56 | | | | Escrow Only Payment | 784.49 | 1,222.61 |
| Aug 2017 | | | | 42.97 | * | Escrow Disbursement | 784.49 | 1,179.64 |
| Aug 2017 | | | | 603.24 | * | City/Town Tax | 784.49 | 576.40 |
| Sep 2017 | 141.36 | | 597.88 | | * | City/Town Tax | 327.97 | 576.40 |
| Sep 2017 | | 141.36 | 43.29 | | * | Forced Place Ins | 284.68 | 717.76 |
| Oct 2017 | 141.36 | | 43.29 | | * | Forced Place Ins | 382.75 | 717.76 |
| Nov 2017 | 141.36 | | 43.29 | | * | Forced Place Ins | 480.82 | 717.76 |
| | | | | | | Anticipated Transactions | 480.82 | 717.76 |
| Oct 2017 | | 141.36 | | | | | | 859.12 |
| Nov 2017 | | 141.36 | | | | | | 1,000.48 |
| | $848.16 | $4,785.65 | $857.62 | $4,393.07 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $857.62. Under Federal law, your lowest monthly balance should not have exceeded $282.71 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are

15-21210-dob   Doc 39   Filed 11/06/17   Entered 11/06/17 15:32:51   Page 3 of 7
15-21210-dob   Doc 41   Filed 11/13/17   Entered 11/13/17 11:30:27   Page 3 of 7
Page 1

silent on this issue. Your actual lowest monthly balance was greater than $196.13. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.
This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

15-21210-dob    Doc 39    Filed 11/06/17    Entered 11/06/17 15:32:51    Page 4 of 7
15-21210-dob    Doc 41    Filed 11/13/17    Entered 11/13/17 11:30:27    Page 4 of 7

Page 2

SN Servicing Corporation
For Inquiries: (800) 603-0836

Analysis Date: September 28, 2017

KATHRYN L SOUTHWORTH

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,000.48 | 480.39 |
| Dec 2017 | 98.51 | | | 1,098.99 | 578.90 |
| Jan 2018 | 98.51 | | | 1,197.50 | 677.41 |
| Feb 2018 | 98.51 | 578.90 | City/Town Tax | 717.11 | 197.02 |
| Mar 2018 | 98.51 | | | 815.62 | 295.53 |
| Apr 2018 | 98.51 | | | 914.13 | 394.04 |
| May 2018 | 98.51 | | | 1,012.64 | 492.55 |
| Jun 2018 | 98.51 | | | 1,111.15 | 591.06 |
| Jul 2018 | 98.51 | | | 1,209.66 | 689.57 |
| Aug 2018 | 98.51 | | | 1,308.17 | 788.08 |
| Sep 2018 | 98.51 | 603.24 | City/Town Tax | 803.44 | 283.35 |
| Oct 2018 | 98.51 | | | 901.95 | 381.86 |
| Nov 2018 | 98.51 | | | 1,000.46 | 480.37 |
| | $1,182.12 | $1,182.14 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $197.02. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $197.02 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $1,000.48. Your starting balance (escrow balance required) according to this analysis should be $480.39. This means you have a surplus of $520.09. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be $1,182.14. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | 98.51 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $98.51 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

15-21210-dob    Doc 39    Filed 11/06/17    Entered 11/06/17 15:32:51    Page 5 of 7
15-21210-dob    Doc 41    Filed 11/13/17    Entered 11/13/17 11:30:27    Page 5 of 7
Page 3

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF HUMBOLDT

I, Megan M. Lynch, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 323 Fifth Street, Eureka, California 95501.

On November 6th 2017, I served the within a NOTICE OF MORTGAGE PAYMENT CHANGE on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States mail at Eureka, California, addressed as follows:

**Kathryn L. Southworth**
4521 Wall Street
Saginaw, MI 48638

**Thomas McDonald**
3144 Davenport
Saginaw, MI 48602

**Peter J. Riebschleger**
4597 State Street
Saginaw, MI 48603

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 6th 2017, at Eureka, California.

/s/ Megan M. Lynch
Megan M. Lynch

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Kathryn L. Southworth

Case No. 15-21210

Chapter: 13

PROOF OF SERVICE

I, the undersigned, hereby certify that on the 6th day of November 20 17, a copy of the NOTICE OF MORTGAGE PAYMENT CHANGE by U.S. Bank Trust National Association, et al. c/o SN Servicing Corporation was served on the United States Bankruptcy Court for the Eastern District of Michigan at the following

> United States Bankruptcy Court
> Eastern District of Michigan
> 111 First Street
> Bay City, Michigan 48708

Dated: 11/06/2017

By: /s/ Megan M. Lynch